FILED
U.S. BANKRUPTCY COURT
2011 MAR 17 AM 10: 05
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
JOHN R. MARSHALL )
SUSAN J. MARSHALL )
)
)
       Debtors ) CH 13 Case No. 06-41623
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1.   Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        JOHN R. MARSHALL
        SUSAN J. MARSHALL
        473 Hogarth Ave
        Niles, OH 44446

                        $5.01

        **TOTAL:**        **$5.01**

2.   A check in the amount of $77.58, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3.   Nothing further remains to be done in this case.

DATED this \_\_15\_\_ day of March, 2011.

                                    /s/ Michael A. Gallo
                                    MICHAEL A. GALLO, TRUSTEE
                                    20 Federal Plaza West
                                    Suite #602
                                    Youngstown, OH 44503
                                    (330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
JOHN R. MARSHALL )
SUSAN J. MARSHALL )
)
Debtors ) CH 13 Case No. 06-41623
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ____15____ day of March, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

                                        MICHAEL A. GALLO, TRUSTEE
                                        20 Federal Plaza West
                                        Suite #602
                                        Youngstown, OH 44503

                                        By: *Jennifer Buchmann* (signature)
                                          Jennifer Buchmann - Assistant

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR:523237
VOUCHER FOR CHECK: 863995
DATED: 2011/02/25

Page 1 OF 1

| NAME OF CREDITOR | CASE | CLM | CLS REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE PRINCIPAL | PAID TO DATE INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0446280 | 926 | 6 | 51 DAMPIER, JAMES ARTHUR | UNCLAIMED FUNDS | 18.13 | 0.00 | 34.88 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0641623 | 926 | 6 | 55 MARSHALL, JOHN R MARSHALL, SUSAN J | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0741897 | 926 | 6 | 55 WILLIAMS, DAVID CHARLES WILLIAMS, ELIZABETH ANN | UNCLAIMED FUNDS | 13.69 | 0.00 | 13.69 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0743044 | 926 | 6 | 18 VAIGL, CHARLES FRANKLIN | UNCLAIMED FUNDS | 5.02 | 0.00 | 5.02 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0843413 | 926 | 6 | 9 GINGERICH, JO ANN | | 10.44 | 0.00 | 10.44 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940883 | 926 | 6 | 15 WEST, BETTY LOU | UNCLAIMED FUNDS | 15.28 | 0.00 | 15.28 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942005 | 926 | 6 | 21 FELDMAN, HEIDI | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942513 | 926 | 6 | 54 HALL, SHAWN HALL, TAHNEE | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |

CURRENT CHECK
#ITEMS 8
PRINCIPAL 77.58
INTEREST 0.00
PRINC + INT 77.58

06-41623-kw    Doc 103    FILED 03/17/11    ENTERED 03/17/11 10:25:44    Page 3 of 3